# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ISSUED

UNITED STATES OF AMERICA )
)
v. ) 1: 09-CR-000382 AWI
)
)
JAIME HERNANDEZ-MOLASCO )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum                ( ) Ad Testificandum.
Name of Detainee:        Jaime Hernandez-Molasco
Detained at (custodian):        California Men's Colony - West

Detainee is:    a.)    (X ) charged in this district by:
(X ) Indictment        ( ) Information        ( ) Complaint
Charging Detainee With:    **8 U.S.C. § 1326(a) & (b)(2) -Deported Alien**
**Found in the United States**

or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    (X) return to the custody of detaining facility upon termination of proceedings
or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:    /s/ Ian L. Garriques
Printed Name & Phone No: Ian L. Garriques/ 559-497-4000
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for this
district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any
further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to
the above-named custodian.
3-16-10

Date                                United States District/Magistrate Judge
Please provide the following, if known:

AKA(s) (if applicable):    Roberto Delgadillo Perez                Male X    Female

Booking or CDC #:    G-15478                            DOB:
Release Date:    07/29/2010                Race:
                                            FBI #:    646902TA0

Facility Phone:

Currently Incarcerated For:

## RETURN OF SERVICE

Executed on _____ by _____        _____
(Signature)

C:\WINDOWS\Temp\notes101AA1\Hernandezmolasco.wpd
Form Crim-48                                        Revised 11/19/97